

# MEMORANDUM OPINION

No. 04-08-00351-CV

**ASPEN EXPLORATION, INC.**,
Appellant

v.

**PARKER OFFSHORE DRILLING USA, LLC**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-07-92
Honorable Alex William Gabert, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:   October 15, 2008

DISMISSED

Before the court is appellant's motion for voluntary dismissal. Appellant's motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against the appellant. *See id.* at (d).

PER CURIAM